# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143521 & (60)(61)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

COLLIN DENNARD PITTMAN,
        Defendant-Appellant.

SC: 143521
COA: 297391
Oakland CC: 2009-226631-FC

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the June 28, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

y1114